**Order filed February 13, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00206-CV
_____

### LOLITA TOLIVER, Appellant

### V.

### 556 LINDA VISTA, Appellee

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1117243**

---

## O R D E R

This court has determined that relevant items were omitted from the reporter's record. Tex. R. App. P. 34.6(d). The official court reporter for County Civil Court at Law No. 4 is directed to file a supplemental reporter's record containing the following exhibits from the trial held on February 19, 2019:

- Plaintiffs' Exhibits 1-3; and
- Defendant's Exhibits 1-6.

The supplemental reporter's record is due on or before **February 24, 2020.**

If any omitted item is not part of the case file, the court reporter is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer